**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

IN RE:

    Amy Coulson,
        Debtor.

Case No.: 18-27402
Chapter 13

_____

**MOTION TO ADVANCE MORTGAGE START DATE TO NOVEMBER 1, 2018**
_____

COME NOW the Debtor, by and through her attorney of record, Ryan D. Rich, and files this Motion to Advance Mortgage, and in support thereof, Debtor would respectfully state as follows:

That the mortgage start date listed on the Debtors plan is August 1, 2018. That date was in error and is before the Debtor filed her Petition with the bankruptcy court. That the Debtor's mortgage start date should be advanced to November 1, 2018.

**WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS:**

1. That this matter be set for a hearing and that notice of said hearing date be issued to all interested parties, giving them notice and opportunity to be heard.

2. That the Debtor's mortgage payments paid by the Turstee starts November 1, 2018.

/s/ Ryan D. Rich
RYAN D. RICH #32336
Attorney for Debtor
3884 Summer Avenue
Memphis, Tennessee 38122
(901) 323-0890

CERTIFICATE OF SERVICE

      I, Ryan D. Rich, as attorney for the Debtor, hereby certify that a copy of the foregoing has been furnished to the following by e-mail, hand-delivery, facsimile, or by first-class mail, postage prepaid, this 29th day of October, 2018.

      /s/ Ryan D. Rich
      RYAN D. RICH

Debtor
Debtor's Attorney
Case Trustee
All entities on Matrix